UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: ESTATE OF QUEENIE RING, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> LITTON LOAN SERVICE, ET AL., <br><br> Defendants. | NO. CV-03-0399-EFS <br><br> **ORDER DISMISSING ACTION AND CLOSING FILE** |

On November 16, 2005, the Court awarded terms against Cecilia Cervantes and in favor of Defendants. (Ct. Rec. 187.)  This decision was appealed by Ms. Cervantes to the Ninth Circuit Court of Appeals on December 9, 2006 (Ct. Rec. 194).  After Ms. Cervantes filed her appeal, the parties filed a Stipulation of Dismissal with the Court, in which all parties to the action agreed Plaintiffs' claims should be dismissed and that upon Ms. Cervantes' payment of the terms awarded against her, the action be fully dismissed. (Ct. Rec. 197.)  On December 22, 2006, pursuant to the parties' Stipulation of Dismissal, the Court dismissed Plaintiffs' claims and stayed the case pending the outcome of Ms. Cervantes' appeal. (Ct. Rec. 198.)

On March 16, 2006, the Court received an Order from the Ninth Circuit indicating Ms. Cervantes' appeal had been voluntarily dismissed. (Ct. Rec. 204.)  Then, on April 12, 2006, Defendants and Ms. Cervantes

ORDER ~ 1

filed a Stipulation of Dismissal, in which Defendants indicate they agree not to pursue collection of the terms awarded against Ms. Cervantes in exchange for Ms. Cervantes' dismissal of her appeal. (Ct. Rec. 205.) In addition, in their Stipulation of Dismissal, Defendants and Ms. Cervantes agreed the case should be closed without any further action. *Id.*

Because the parties by way of their two Stipulations of Dismissal (Ct. Recs. 197 & 205) have agreed that no further action is necessary in this case, the Court dismisses this action with prejudice and without the award of attorneys' fees or expenses.

**IT IS HEREBY ORDERED**: Defendants' and Ms. Cervantes' Stipulation of Dismissal **(Ct. Rec. 205)** is **GRANTED.**

**IT IS SO ORDERED.**  The District Court Executive is directed to:

(A)  Enter this Order;

(B)  Provide a copy to all counsel and Ms. Cervantes; and

(C) **CLOSE THIS FILE.**

**DATED** this ___11th___ day of May 2006.


                         s/ Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2003\0399.close.file.wpd

ORDER * 2